UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN CARL NIGRO, | : |
| | : CIVIL ACTION NO. 3:18-CV-2161 |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Saporito) |
| | : |
| ANDREW SAUL, Commissioner of Social Security,[1] | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 6th DAY OF JANUARY 2020, upon review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 8) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 8) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's appeal is **DENIED**;

3. The Commissioner of Social Security's decision is **AFFIRMED**;

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Andrew Saul, the current Commissioner of Social Security, replaces former Commissioner Nancy A. Berryhill as the Defendant to this action.